UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

TROY WILLIAM TINGLEY,

    Plaintiff,

v.                                                                                                                                  Hon. Janet T. Neff

MICHIGAN, STATE OF, et al.,                                                                           Case No. 1:20-cv-00094

    Defendants.

## ORDER

This matter is before the Court on the request of the State defendants, YWCA defendants and Defendant Nyela Bolden for a pre-motion conference (ECF Nos. 15, 16 and 31). On May 18, 2020, this matter was referred to Magistrate Judge Ellen S. Carmody by the Honorable Janet T. Neff for handling of all matters under § 636(a) and § 636(b)(1)(A) and for submission of recommendations on dispositive motions under § 636(b)(1)(B). Magistrate Judge Berens does not require a motion conference before filing of dispositive motions, and refers the parties to § IV.A.1.a of the civil guidelines of the Honorable Janet T. Neff, which states: "[N]o pre-motion conference is required before filing . . . a dispositive motion in a case referred to a magistrate judge." As such, the request for a pre-motion conference (ECF No. 15, 16 and 31) is dismissed as moot. The State defendants, YWCA defendants and Defendant Nyela Bolden may file dispositive motions.

    IT IS SO ORDERED.

Date:  May 20, 2020                                                                    /s/ Sally J. Berens
                                                                                             SALLY J. BERENS
                                                                                             U.S. Magistrate Judge