**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**Southern Division**

TROY WILLIAM TINGLEY

        Plaintiff,

                              Case No.  1:20-cv-00094

Vs                              Honorable Janet T. Neff

                              Magistrate Salley J. Berens

STATE OF MIGHIGAN, et al.,

        Defendants

---

CHRISTOPHER M. WIRTH (P70174)
Attorney for Plaintiff
CORE LEGAL PLC
250 Monroe Avenue NW, Suite 400
Grand Rapids, MI 49503
D:  (616) 855-2145
F:  (616) 879-0400
CWirth@CoreLegalPLC.com

---

**PLAINTIFF'S REPSONSE TO**
**NYELA BOLDEN PRE-MOTION CONFERENCE REQUEST**

---

Plaintiff Troy Tingley, by and through counsel, submits his response to Defendant Nyela Bolden's Pre-Motion Conference Request (ECF 31) in accordance with Judge Neff's Order filed May 14, 2020 (ECF 32). The Order directed Plaintiff to file his response to the Pre-Motion Conference Request on or before May 21, 2020.

On May 18, 2020, Judge Neff referred this lawsuit to the Magistrate Judge, and on May 20, 2020 the Magistrate Judge filed her Order (ECF 35) dismissing all Defendants' pre-motion requests (ECF 15, 16 and 31) as moot. However, the Magistrate Judge's Order did not vacate Judge Neff's May 14 Order.

Therefore, to the extent that Judge Neff's May 14 Order requires Plaintiff to file his response, Plaintiff hereby incorporates his prior response to the State Defendants' Pre-Motion Conference Request as his Response to Defendant Nyela Bolden's Pre-Motion Conference Request.

Dated: May 21, 2020                          s/ Christopher M. Wirth (P70174)
                                             CORE LEGAL PLC
                                             250 Monroe Avenue NW, Suite 400
                                             Grand Rapids, MI 49503
                                             (616) 855-2145
                                             Attorney for Plaintiff