UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TROY WILLIAM TINGLEY,

    Plaintiff,                         Case No. 1:20–cv–94

v.                                    Hon. Janet T. Neff

ROBERT GORDON, et al.,

    Defendants.
_____/

## ORDER

    This matter was brought pursuant to 42 U.S.C. § 1983. All motions to dismiss shall be filed within 28 days of the date of this order.

    IT IS SO ORDERED.

Dated: July 20, 2020                            /s/ Sally J. Berens
                                                           SALLY J. BERENS
                                                           U.S. Magistrate Judge