UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TROY WILLIAM TINGLEY,

       Plaintiff,                        Case No. 1:20-cv-94

  v.                                      Hon. Janet T. Neff

ROBERT GORDON, et al.,

       Defendants.
_____/

## ORDER

      This matter is before the Court on Plaintiff Tingley's Motion to Amend/Correct (ECF No. 39), which was filed July 22, 2020. Effective September 28, 2015, Local Rule 7.1(d) was amended to require the following: "All nondispositive motions shall be accompanied by a separately filed certificate setting forth in detail the efforts of the moving party to comply with the obligation created by this rule." W.D. Mich. LCivR 7.1(d); see Administrative Order No. 15-RL-78 (Sept. 11, 2015).  The motion fails to comply with this requirement.  Accordingly,

    IT IS ORDERED that Plaintiff Tingley's Motion to Amend/Correct (ECF No. 39) is DENIED without prejudice to refile.

    IT IS SO ORDERED.

Dated:  July 27, 2020                  /s/ Sally J. Berens
                                         SALLY J. BERENS
                                         U.S. Magistrate Judge