UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TROY WILLIAM TINGLEY,

    Plaintiff,

v

STATE OF MICHIGAN, et al.,

    Defendants.

Case No. 1:20-cv-00094

HON. JANET T. NEFF

MAG. SALLY J. BERENS

---

Christopher M. Wirth (P70174)
Attorney for Plaintiff
CORE LEGAL PLC
250 Monroe Avenue NW, Suite 400
Grand Rapids, MI 49503
(616) 855-2145
cwirth@corelegalplc.com

Neil A. Giovanatti (P82305)
Cassandra Drysdale-Crown (P64108)
Assistant Attorneys General
Attorneys for State Defendants
Health, Education, & Family Services Division
P. O. Box 30758
Lansing MI 48909
(517) 335-3055
giovanattin@michigan.gov
drysdalecrownc@michigan.gov

Dan E. Bylenga (P32154)
Attorney for YWCA Defendants
Chase Bylenga Hulst PC
25 Division Ave S Ste 500,
Grand Rapids, MI 49503-4233
(616) 608-3061
dan@chasebylenga.com

---

**STIPULATED ORDER REGARDING PLAINTIFF'S AMENDED
COMPLAINT AND DEFENDANTS' RESPONSE**

WHEREAS Plaintiff seeks to amend the Complaint in this action and State Defendants and YWCA Defendants do not object to such amendment;

WHEREAS, in light of the anticipated length of the amended complaint, State Defendants and YWCA Defendants will need additional time to respond to the amended complaint; and

WHEREAS, these parties consent and stipulate to the below schedule for Plaintiff to file an amended complaint and State Defendants and YWCA Defendants to respond to the anticipated amended complaint in this matter.

IT IS HEREBY ORDERED that:

1. Plaintiff shall file his amended complaint on or before July 31, 2020; and
2. State Defendants' and YWCA Defendants' responses to the amended complaint shall be filed on or before August 28, 2020.

Dated: August 4, 2020

/s/ Sally J. Berens
HON. SALLY J. BERENS
United States Magistrate Judge

The parties hereby Stipulate and Agree:

/s/ Christopher M. Wirth
Christopher M. Wirth (P70174)
Attorney for Plaintiff

/s/ Neil Giovanatti  (with consent)
Neil Giovanatti (P82305)
Attorneys for State Defendants

/s/ Dan E. Bylenga  (with consent)
Dan E. Bylenga (P32154)
Attorney for YWCA Defendants