UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TROY WILLIAM TINGLEY,

    Plaintiff,

v

STATE OF MICHIGAN, et al.,

    Defendants.

Case No. 1:20-cv-00094

HON. JANET T. NEFF

MAG. SALLEY J. BERENS

---

Christopher M. Wirth (P70174)
Attorney for Plaintiff
CORE LEGAL PLC
250 Monroe Avenue NW, Suite 400
Grand Rapids, MI 49503
(616) 855-2145
cwirth@corelegalplc.com

Neil A. Giovanatti (P82305)
Cassandra Drysdale-Crown (P64108)
Assistant Attorneys General
Attorneys for State Defendants
Health, Education, & Family Services Division
P. O. Box 30758
Lansing MI 48909
(517) 335-7603
giovanattin@michigan.gov
drysdalecrownc@michigan.gov

Dan E. Bylenga (P32154)
Attorney for YWCA Defendants
Chase Bylenga Hulst PC
25 Division Ave S Ste 500,
Grand Rapids, MI 49503-4233
(616) 608-3061
dan@chasebylenga.com

---

**STIPULATED ORDER REGARDING PLAINTIFF'S AMENDED COMPLAINT AND STATE DEFENDANTS' RESPONSE**

WHEREAS Plaintiff filed an Amended Complaint on August 6, 2020;

WHEREAS the Court previously ordered that Defendants' response to the Amended Complaint should be filed on or before August 28, 2020 (ECF No. 46, PageID.696);

WHEREAS State Defendants will need an additional week to complete their response to the Amended Complaint; and

WHEREAS the parties consent and stipulate to the below schedule for State Defendants to respond to the Amended Complaint in this matter.

IT IS HEREBY ORDERED that State Defendants shall file their response to the Amended Complaint on or before September 4, 2020.


Dated: August ___, 2020

                                        HON. SALLEY J. BERENS
                                        United States Magistrate Judge


The parties hereby Stipulate and Agree:

/s/ Christopher M. Wirth  (with consent)
Christopher M. Wirth (P70174)
Attorney for Plaintiff

/s/ Neil Giovanatti
Neil Giovanatti (P82305)
Attorneys for State Defendants