UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF REASSIGNMENT
OF CASE NO. 1:20-cv-918
_____/

WEST BEND MUTUAL INSURANCE
COMPANY,

   Administrative Order No. 20-CA-076

  Plaintiff,

v.

TROY WILLIAM TINGLEY, et al.,

  Defendants.

_____/

  WHEREAS, Magistrate Judge Sally J. Berens has determined that Case No. 1:20-cv-918, *West Bend Mutual Insurance Company v. Tingley, et al.*, assigned to the Hon. Janet T. Neff, is related to Case No. 1:20-cv-94, *Tingley v. State of Michigan, et al.*, assigned to the Hon. Hala Y. Jarbou, both Article III Judges have consented to the reassignment of the above captioned case, and the undersigned has concluded that the above case should be reassigned under Local Civil Rules 3.3.1(d)(iii)(A)(2) and 3.3.1(d)(iii)(B),

  **IT IS HEREBY ORDERED** that the Clerk of Court shall reassign the above case to the Hon. Hala Y. Jarbou, under the approved procedure.

  **IT IS FURTHER ORDERED** that a copy of this Administrative Order shall be filed in the case referenced herein.

Dated: October 8, 2020   /s/ Robert J. Jonker
           ROBERT J. JONKER
           CHIEF UNITED STATES DISTRICT JUDGE

**NOTICE TO THE PARTIES FROM THE CLERK OF COURT:**
Case No. 1:20-cv-918 has been reassigned to the: Hon. Hala Y. Jarbou. All future filings shall reflect her name.